Argued and submitted August 20, affirmed December 22, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## JOHNNY RAY WILLIAMS,
*Appellant.*

(92CR0015; CA A76893)

865 P2d 1324

Jesse Wm. Barton, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Youlee Yim You, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals the crime seriousness ranking of his conviction of sexual abuse in the second degree. ORS 163.425. We have answered his arguments adversely to his position in *State v. Cantrell*, 125 Or App 458, 865 P2d 1323 (1993).

Defendant failed to preserve the error, if any, that the court committed when it imposed a condition of post-prison supervision, and we decline to exercise our discretion to address the alleged error. *State v. Farmer*, 317 Or 220, 856 P2d 623 (1993); *State v. Castrejon*, 317 Or 202, 856 P2d 616 (1993).

Affirmed.